IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAYMOND C. ADAIR,<br>#32450-045,<br><br>Petitioner,<br><br>v.<br><br>DR. SCARLET GRANT,<br><br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:24-cv-03257-E (BT) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the petitioner's case will be **DISMISSED** without prejudice as moot. If the petitioner wishes to appeal the judgment, he must pay the $605.00 appellate filing fee or obtain leave to proceed *in forma pauperis* on appeal from this Court.

**SIGNED this 25th day of June, 2026.**

**ADA BROWN
UNITED STATES DISTRICT JUDGE**